UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCAS CASTILLO,

              Plaintiff,

v.

JONY FOOD CORP., MERCEDES FOOD MARKET INC., BETHEL FOOD CORP., AND JOSE CASTILLO,

              Defendants.

25-CV-3369 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 17, 2025, Plaintiff filed affidavits of service indicating that, as of May 9, 2025, all Defendants in this action had been served. Accordingly, Defendants' deadline to respond to the Complaint was May 30, 2025. To date, no defendant has appeared or otherwise responded to the Complaint.

To the extent Plaintiff intends to commence default judgment proceedings against Defendants, he shall do so no later than September 2, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 11, 2025
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge