UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCAS CASTILLO,<br><br>      Plaintiff,<br><br>      v.<br><br>JONY FOOD CORP., MERCEDES FOOD MARKET INC., BETHEL FOOD CORP., and JOSE CASTILLO,<br><br>      Defendants. | 25-CV-3369 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On August 11, 2025, Plaintiff was advised that if he intended to commence default judgment proceedings against Defendants, he had to do so by September 2, 2025. Plaintiff has not yet commenced any default proceedings.

It is hereby ORDERED that if the Court does not receive notice that Plaintiff has commenced default proceedings against Defendants by September 10, 2025, including obtaining a Certificate of Default from the Clerk of Court and filing a motion for default judgment, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: September 3, 2025
    New York, New York

                                 _____
                                 Hon. Ronnie Abrams
                                 United States District Judge