

**Heriberto Cabrera &**
ASSOCIATES • ATTORNEYS AT LAW

480 39th Street, 2nd Floor
Brooklyn, NY 11232
T: 718.439.3600
F: 718.439.1452
www.gonylaw.com
info@gonylaw.com

September 17, 2025

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Castillo v. Jony Food Corp., et al
    Dkt. No.: 25-cv-03369-RA

Application granted. No additional extensions will be granted without good cause.

SO ORDERED.

_____
Hon. Ronnie Abrams
September 18, 2025

Dear Judge Abrams:

    The undersigned represents the Plaintiff in the above-referenced matter. I wish to apologize for our failure to meet the Court's deadlines. Pursuant to the Court's directive dated September 3, 2025, Plaintiff respectfully submits this status update and proposed next steps as to Defendants.

    Plaintiff's counsel has made two attempts to contact the Defendant at his store, regarding his failure to respond to the Complaint. The most recent contact was on September 1, 2025, when the undersigned spoke to a worker and was told Mr. Castillo was not at the store. I left a message for Mr. Castillo emphasizing the need to retain counsel to respond to the Complaint.

    Defendants have not contacted the undersigned, nor have they otherwise appeared in this matter despite having been served with process. Accordingly, Plaintiff respectfully requests that this Court extend the schedule for Plaintiff to move for default judgment against Defendants by no later than September 30, 2025.

We thank the Court for its consideration.

    Respectfully submitted,
    /s/
    Heriberto Cabrera