

# Heriberto Cabrera&

ASSOCIATES • ATTORNEYS AT LAW

Application GRANTED.

SO ORDERED.
Dated: April 2, 2026

*Att cl a*

480 39th Street, 2nd Floor
Brooklyn, NY 11232
T: 718.439.3600
F: 718.439.1452
www.gonylaw.com
info@gonylaw.com

April 2, 2026

The Honorable Stewart D. Aaron
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Castillo v. Jony Food Corp., et al
     Dkt. No.: 25-cv-03369-SDA

Dear Judge Aaron:

Pursuant to the Court's Order dated March 19, 2026, the parties were directed to file their motion for approval of the Fair Labor Standards Act ("FLSA") settlement agreement by April 3, 2026.

The parties respectfully request a short extension of time to file the settlement agreement and accompanying supporting documents. The parties are in the process of finalizing the written agreement and obtaining all necessary signatures. Additional time is required to ensure that the documents are complete and accurately reflect the parties' understanding.

Defense counsel has consented to this request. Accordingly, the parties jointly request an extension of fourteen (14) days, up to and including April 16, 2026, to submit the motion for settlement approval.

This is the parties' first request for an extension of this deadline, and the request is made in good faith and not for purposes of delay.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Heriberto Cabrera