

**Heriberto Cabrera&**
ASSOCIATES • ATTORNEYS AT LAW

480 39th Street, 2nd Floor
Brooklyn, NY 11232
T: 718.439.3600
F: 718.439.1452
www.gonylaw.com
info@gonylaw.com

April 16, 2026

The Honorable Stewart D. Aaron
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Castillo v. Jony Food Corp., et al
    Dkt. No.: 25-cv-03369-SDA

Dear Judge Aaron:

Pursuant to the Court's Order dated April 2, 2026, the parties were granted an extension to file their motion for approval of the Fair Labor Standards Act ("FLSA") settlement agreement by April 16, 2026.

The parties respectfully request a second short extension of time to file the settlement agreement and accompanying supporting documents. The parties have finalized the written agreement, but are in the process of obtaining all necessary signatures. Defendant is scheduled to sign the documents on Monday, April 20, 2026 and Plaintiff is scheduled to sign the documents on Tuesday, April 21, 2025.

Defense counsel has consented to this request. Accordingly, the parties jointly request an extension up to and including April 23, 2026, to submit the motion for settlement approval.

This is the parties' second request for an extension of this deadline, and the request is made in good faith and not for purposes of delay.

We thank the Court for its attention to this matter.

Respectfully submitted,

Request GRANTED. SO ORDERED.
Dated: 4/16/2026

/s/ Heriberto Cabrera