**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lucas Castillo,<br><br>                          **Plaintiff,**<br><br>               **-against-**<br><br> Jony Food Corp., et al.,<br><br>                          **Defendants.** | **1:25-cv-03369 (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on April 28, 2026, the Court denied without prejudice the parties' motion for settlement approval finding that the settlement amount and requested attorneys' fees were reasonable, but that the release was improperly one-sided (*see* 4/28/26 Order, ECF No. 29); and

WHEREAS, on May 12, 2026, the parties filed a revised settlement agreement with a mutual release (Revised Settlement Agreement, ECF No. 30-1); and

WHEREAS, having reviewed the revised agreement, the Court finds that it is fair and reasonable pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

NOW, THEREFORE, it is hereby ORDERED that the settlement is preliminarily approved. Final approval must await submission of a fully executed agreement. The parties shall submit the fully executed Revised Settlement Agreement to the Court no later than May 19, 2026.

**SO ORDERED.**

Dated:     New York, New York
           May 12, 2026

_____
STEWART D. AARON
United States Magistrate Judge